**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 20-2143**

PALWINDER SINGH,

        Debtor - Appellant,

    v.

JOHN P. FITZGERALD, III,

        Trustee - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:20-cv-00327-AJT-JFA)

Submitted: May 20, 2021                 Decided: May 24, 2021

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Palwinder Singh, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Palwinder Singh appeals from the district court's order affirming the bankruptcy court's order dismissing his Chapter 11 bankruptcy case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Singh v. Fitzgerald*, No. 1:20-cv-00327-AJT-JFA (E.D. Va. filed Sept. 23, 2020; entered Sept. 24, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*